# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huck, Paul C. | U.S. District Court - Florida | 05/10/2000 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge (Nominee) | 5. Report Type (check type) <br><br> X Nomination, Date  05/09/2000 <br><br> ___ Initial  ___ Annual  ___ Final | 6. Reporting Period <br> 01/01/1999 <br> to <br> 04/30/2000 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 2800 First Union Financial Ctr <br><br> 200 So. Biscayne Boulevard <br><br> Miami, FL 33131 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Shareholder | Kozyak, Tropin & Throckmorton, P.A., Law Firm |
| 2 | | |
| 3 | | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1994 | Kozyak, Tropin & Throckmorton, P.A.   401K Plan (will be rolled into an IRA) |
| 2 | 1998 | Kozyak, Tropin & Throckmorton, P.A.   Severance/Retirement Plan |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1998 | Kozyak, Tropin & Throckmorton, P.A. | 413,820. |
| 2 | 1999 | Kozyak, Tropin & Throckmorton, P.A. | 138,094. |
| 3 | 2000 | Kozyak, Tropin & Throckmorton, P.A. | 74,384. |
| 4 | 1998 | University of Miami | 6,000. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Betty C. Huck | Annual Alimony | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Mortgage Note - Eisenberg | D | Interest | M | T | EXEMPT | | | | |
| 2 Mortgage Note - Garcia | C | Interest | M | T | | | | | |
| 3 Beneficial Interest - Mortgage No. 1 - Earl K. Oman, Trustee | D | Interest | L | T | | | | | |
| 4 Beneficial Interest - Mortgage No. 2 - Earl K. Oman, Trustee | C | Interest | K | T | | | | | |
| 5 Beneficial Interest - Mortgage No. 3 - Earl K. Oman, Trustee | A | Interest | K | T | | | | | |
| 6 Promissory Note - Kozyak, Tropin & Throckmorton, P.A. | F | Interest | O | T | | | | | |
| 7 Limited Partnership - Lakehouse I, Ltd. | A | Distribution | J | U | | | | | |
| 8 Northern Trust Bank of Florida Money Market Account #1 | A | Interest | J | T | | | | | |
| 9 Northern Trust Bank of Florida Checking Account #1 | | | J | T | | | | | |
| 10 Northern Trust Bank of Florida Money Market Account #2 | A | Interest | J | T | | | | | |
| 11 Northern Trust Bank of Florida Checking Account #2 | | | J | T | | | | | |
| 12 Bank of America - Checking Account | A | Interest | J | T | | | | | |
| 13 Salomon Smith Barney - money funds #1 | B | Interest | K | T | | | | | |
| 14 Salomon Smith Barney - money funds #2 | D | Interest | L | T | | | | | |
| 15 New York Life Ins. Company - Insurance Policy | B | Interest | J | T | | | | | |
| 16 Salomon Smith Barney Municipal Money Fund #3 | B | Interest | K | T | | | | | |
| 17 AIM - Charter Fund | | | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 AIM - Weingarten Fund | | | M | T | | | | | |
| 19 AIM Blue Chip Fund | | | M | T | | | | | |
| 20 AIM Value Fund | | | L | T | | | | | |
| 21 AIM Value Fund CL B | | | M | T | | | | | |
| 22 Salomon Smith Barney S&P 500 | | | M | T | | | | | |
| 23 Dade County Solid Waste System Bonds | B | Dividend | K | T | | | | | |
| 24 South Miami, Florida Hlt. Fac. Bonds | C | Dividend | K | T | | | | | |
| 25 Florida St. Board Ed. Cap Outlay Bonds | C | Dividend | L | T | | | | | |
| 26 Florida Ports Fing Comm Rev. Bonds | C | Dividend | K | T | | | | | |
| 27 Pinellas County, Florida HFA M/Fam Housing Bonds | C | Dividend | L | T | | | | | |
| 28 Palm Beach Co. Fl m/Fam. Hsg. | C | Dividend | K | T | | | | | |
| 29 Miami-Dade County, Florida Pub. Svc. Tax Bonds | C | Dividend | K | T | | | | | |
| 30 Village Ctr. Comnty. Deve. Dist. Florida Bonds | C | Dividend | L | T | | | | | |
| 31 Osceola County, Florida West 192 Redv. Bonds | C | Dividend | K | T | | | | | |
| 32 Orange County Florida Tourist Dv. Tax Bonds | C | Dividend | K | T | | | | | |
| 33 AT&T Stock | | | K | T | | | | | |
| 34 America Online Stock | | | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Amgen, Inc. Stock | | | L | T | | | | | |
| 36 BankUnited Financial Corp. Stock | | | J | T | | | | | |
| 37 BellSouth Corp. Stock | A | Dividend | K | T | | | | | |
| 38 Cisco Sys. Inc. Stock | | | M | T | | | | | |
| 39 Citigroup, Inc. Stock | B | Dividend | M | T | | | | | |
| 40 EMC Corp. Stock | | | M | T | | | | | |
| 41 Ford Motor Co. | C | Dividend | K | T | | | | | |
| 42 General Electric Stock | B | Dividend | M | T | | | | | |
| 43 Heico Corp. Stock | | | K | T | | | | | |
| 44 Microsoft Stock | | | M | T | | | | | |
| 45 International Business Machines | A | Dividend | L | T | | | | | |
| 46 Northern Trust Corp. Stock | A | Dividend | K | T | | | | | |
| 47 Oracle Corp. Stock | | | K | T | | | | | |
| 48 Tyco International Ltd. Stock | A | Dividend | L | T | | | | | |
| 49 Salomon Smith Barney Money Funds (IRA) | B | Dividend | K | T | | | | | |
| 50 AIM Blue Chip Fund (IRA) | | | L | T | | | | | |
| 51 AIM Value Fund (IRA) | | | N | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 AIM Value Fund CL B (IRA) | | | M | T | | | | | |
| 53 Davis New York Venture Fund Class A (IRA) | | | L | T | | | | | |
| 54 Davis New York Venture Fund Class B (IRA) | | | K | T | | | | | |
| 55 UTS Kemper Gov't. SECS TR #39M GNMA (IRA) | | | J | T | | | | | |
| 56 Putnam Diversified Income Tr. Cl. B (IRA) | | | L | T | | | | | |
| 57 Putnam High Yield Advantage Trust (IRA) | | | L | T | | | | | |
| 58 Salomon Smith Barney S&P 500 (IRA) | | | L | T | | | | | |
| 59 Strips - TINT - U.S. Treasury (IRA) | | | J | T | | | | | |
| 60 Profit Sharing Funds (401K) | | | L | T | | | | | |
| 61 Merrill Lyngh Growth Fund (401K) | | | J | T | | | | | |
| 62 Merrill Lynch Fundamental Grown Fund (401K) | | | K | T | | | | | |
| 63 Merrill Lynch S&P 500 (401K) | | | J | T | | | | | |
| 64 Lord Abbott Developing Growth Fund (401K) | | | J | T | | | | | |
| 65 Putnam International Growth Fund (401K) | | | K | T | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Huck, Paul C. | 05/10/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____   Date _May 10, 2000_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## Paul C. Huck
## 4/30/2000

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 80,000 | | Notes payable to banks - secured | 0 | |
| U.S. Government securities - add schedule | | | Notes payable to banks - unsecured | 0 | |
| | | | Notes payable to relatives | 0 | |
| Listed securities - add schedule | 2,696,411 | | Notes payable to others | 0 | |
| Unlisted securities - add schedule | | | Accounts and bills due | 0 | |
| Accounts and notes receivable: | | | Unpaid income tax | 0 | |
| Due from relatives and friends | 0 | | Other unpaid tax and interest | 0 | |
| Due from others | 600,000 | | Real estate mortgages payable - add schedule | 0 | |
| Doubtful | | | | | |
| Real estate owned - add schedule (Residence) | 250,000 | | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 300,800 | | | | |
| Autos and other personal property | 50,000 | | Other debts - itemize: | 0 | |
| Cash value - life insurance | 15,000 | | | | |
| Other Assets - itemize: | | | | | |
| 401(k) | 159,635 | | | | |
| IRA Account | 865,932 | | Total liabilities | 0 | |
| | | | Net worth | | |
| Total assets | 5,017,778 | | Total liabilities and net worth | 5,017,778 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, co-maker or guarantor | 0 | | Are any assets pledged? (Add schedule)    No. | | |
| On leases or contracts | 0 | | | | |
| Legal Claims | 0 | | Are you defendant in any suits or legal actions?   Yes. Fully Insured. | | |
| Provision for Federal Income Tax | 0 | | | | |
| Other special debt | 0 | | Have you ever taken bankruptcy? No. | | |
| | | | | | |